UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEVE HENDERSON** | * | **CIVIL ACTION NO.: 3:22-CV-02626** |
| | * | |
| **VERSUS** | * | **JUDGE: Terry A. Doughty** |
| | * | |
| **AMERICAN GRAIN SYSTEMS, INC.,** | * | **MAGISTRATE:_Kayla D. McClusky_** |
| **CESAR ISLAS, JEREMY PENN,** | * | |
| **DANA PENN, AND ISLAND** | * | |
| **CONSTRUCTION, INC.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff Steve Henderson hereby requests that the Clerk enter a default against Defendant Jeremy Penn and Defendant Dena Penn, and shows the following:

1. On August 11, 2022, Plaintiff filed its complaint against Defendants: **American Grain Systems, Inc.**; **Cesar Islas**; **Jeremy Penn**; **Dena Penn** and **Island Construction, Inc**. (Doc. No. 1.)

2. On August 12, 2022, the Clerk of Court issued Summons for each defendant. (Doc. No. 3)

3. The Summons issued August 12, 2022 were delivered, via FedEx, to each defendant together with a waiver of service. ( Exhibit "A", attached hereto, evidencing delivery to Dena Penn and Jeremy Penn.)

4. When the waivers of service were not returned by any defendant, after delivey of the complaint, summons and waiver upon them, the Court of Court re- issued summons for each defendant (Doc. No. 4.)

5. On December 3, 2022, service on Jeremy Penn was made on his spouse, Dena Penn, at their domicile. (Doc.No. 6.)

6. On December 3, 2022, service was made on Dena Penn personally. (Doc. No. 7.)

7. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(I), Defendant's Jeremy Penn and Defendant's Dena Penn deadline to answer or otherwise respond to the Complaint was, at minimum, December 30, 2022.

8. As of January 19, 2023, neither Defendant Jeremy Penn nor Defendant Dena Penn have answered otherwise responded to the Complaint, which is a ground for the which the clerk "must enter the party's default" under Federal Rule of Civil Procedure 55(a).

Accordingly, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant Jeremy Penn and Defendant Dena Penn, who both reside at 306 County Road 300, Jonesboro, Arkansas, 72401, pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.1

Dated: January 19, 2023

Respectfully submitted,

HAMMONDS, SILLS, ADKINS, GUICE,
   NOAH & PERKINS, LLP
1881 Hudson Circle
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375


By: _/s/ Jon K. Guice_____
   Jon K. Guice, La. Bar No. 20841
   jguice@hamsil.com
   Linda K. Ewbank, La. Bar No. 21584
   lewbank@hamsil.com
   Justin N. Myers, La. Bar No. 34005
   jmyers@hamsil.com
   ATTORNEYS FOR STEVE HENDERSON