# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEVE HENDERSON** | * | **CIVIL ACTION NO.: 3:22-CV-02626** |
| | * | |
| **VERSUS** | * | **JUDGE DOUGHTY** |
| | * | |
| **AMERICAN GRAIN SYSTEMS, INC.,** | * | **MAGISTRATE JUDGE MCCLUSKY** |
| **CESAR ISLAS, JEREMY PENN,** | * | |
| **DANA PENN, AND ISLAND** | * | |
| **CONSTRUCTION, INC.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that Justin N. Myers is hereby allowed to withdraw as counsel of record on behalf of the plaintiff, Steve Henderson.

IT IS FURTHER ORDERED that Thomas M. Hayes, IV with the firm of Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP be and are hereby enrolled as counsel of record on behalf of the plaintiff, Steve Henderson.

THIS ORDER is signed in Chambers in Monroe Division, Western District of Louisiana, on this 24th day of March, 2023.

_____
Judge